**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANGEL TREASE,
Petitioner,

vs.

THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE;
AND THE HONORABLE KIMBERLY A.
WANKER, DISTRICT JUDGE,
Respondents,

and

NICOLE ELLINGS,
Real Party in Interest.

No. 68690

FILED

OCT 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original pro se petition for a writ of mandamus seeks to compel the district court to rule on petitioner's motion to vacate a default judgment. Having considered the petition and attached documents, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time. NRS 34.160; *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). We are confident that the district court will communicate with petitioner regarding what petitioner must do in order to comply with DCR 13 so as to enable petitioner's motion to be considered.

It is so ORDERED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-31453

cc: Hon. Kimberly A. Wanker, District Judge
Angel Trease
Nicole Ellings
Nye County Clerk